**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John P. Wiley,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Terry Stewart, et al.,<br><br>　　　　　Defendants. | No. CIV 02-1126-PHX-NVW (DKD)<br><br>**ORDER** |

Pending before the Court is Defendant Aplas' Request that Answer be Accepted as Timely (Doc. #108). Counsel for Defendants state that due to an oversight by counsel, counsel failed to file an Answer in a timely manner. Rule 6(b) of the Federal Rules of Civil Procedure provides that a time period prescribed by the rules may be enlarged for cause upon a motion made after the expiration of the specified period "where the failure to act was the result of excusable neglect." The Court finds that Defendant's failure to act was the result of excusable neglect: Plaintiff has not suffered any prejudice due to the delay, and Defendant has not engaged in any culpable conduct in failing to file a timely Answer. *See Pioneer Inv. Services Co. v. Brunswick Associates Ltd. Partnership*, 507 U.S. 380, 395 (1993). The Court will accepted Defendants[1] Answer as timely filed.

---

[1] Robles and Aplas.

1 **IT IS THEREFORE ORDERED** granting Defendant Aplas' Request that Answer be
2 Accepted as Timely (Doc. #108).
3     DATED this 3rd day of October, 2005.

_____
David K. Duncan
United States Magistrate Judge

- 2 -